Rufus D. BYRD, Respondent,

v.

DIRECTOR OF REVENUE, Appellant.

No. WD 60806.

Missouri Court of Appeals,
Western District.

Submitted Aug. 27, 2002.

Jeremiah W. (Jay) Nixon, Atty. Gen., Earl D. Kraus, Asst. Atty. Gen., Jefferson City, MO, for appellant.

Rufus D. Byrd, pro se.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

*Order*

PER CURIAM.

The Director of Revenue, State of Missouri ("Director"), appeals the trial court's reversal of the Director's revocation of Rufus D. Byrd's driving privileges for driving while intoxicated and the court's order that Byrd's driver's license be reinstated. Publication of a formal opinion would not have jurisprudential value or add to existing law. The judgment is affirmed. Rule 84.16(b).